**Electronically Filed**
**Supreme Court**
**SCAD-20-0000611**
**15-OCT-2020**
**02:18 PM**
**Dkt. 3 ORD**

SCAD-20-0000611

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ERIN ROSEMARY HENSCHEL, (Bar No. 10915)
Respondent.

---

ORIGINAL PROCEEDING

ORDER OF TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
assigned by reason of vacancy)

Upon review of the October 13, 2020 petition filed by the Office of Disciplinary Counsel (ODC) on behalf of, and with the approval of, the Disciplinary Board of the Supreme Court of the State of Hawai'i, requesting this court to immediately transfer Respondent Erin Rosemary Henschel to inactive status, pursuant to Rules 2.19(b) and 2.19(c) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Erin Rosemary Henschel is immediately transferred to inactive status in this jurisdiction, pursuant to RSCH Rules 2.19(b) and 2.19(c),

effective with the filing of this order.  Respondent Henschel shall remain on inactive status until further order of this court but may, at her discretion, apply to this court for a return to active status, pursuant to RSCH Rule 2.19(f), upon submission of evidence that she is fit to resume the practice of law.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Henschel to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published in a newspaper of general circulation in the judicial circuit in which Respondent Henschel maintained her practice.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawaiʻi and shall request their assistance and such action as may be indicated, pursuant to RSCH Rule 2.20, to protect the interests of both Respondent Henschel and her clients.

DATED: Honolulu, Hawaiʻi, October 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa M. Ginoza



2